PRESBYTERIAN CHURCH
OF CHESTNUT HILL,
Respondent

v.

Rev. Dr. Sandra M. THOMAS,
Petitioner.

Supreme Court of Pennsylvania.

Dec. 17, 2014.

### ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2014, the Emergency Motion to Seal the Record is hereby GRANTED and the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

James Lynn HEFFERMAN, Petitioner.

Supreme Court of Pennsylvania.

Dec. 17, 2014.

### ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2014, the Petition for Allowance of Appeal is GRANTED. The issues, as stated by petitioner, are:

(1) Whether a police officer can knowingly violate the MPJA to investigate an alleged crime outside of their jurisdiction with only reasonable suspicion that a crime might have occurred inside their jurisdiction without coming into contact with Defendant at any time inside the officer's jurisdiction?

(2) Whether the Superior Court erred as a matter of law by not applying the exclusionary rule?

Mark Anthony ROBINSON, Petitioner

v.

AS YET UNIDENTIFIED SCI–ROCKVIEW SUPERVISORS in Both their Official and Individual Capacities, Brian Thompson, Deputy Superintendant for Facility Management, Robert Marsh, Deputy Superintendant for Centralized Services, Captain Dale, Unit Manager, Granlund, Jeffrey Rackovan, Grievance Coordinator/Superintendant Assistant, Lt. Grice, Of-

ficer Van Gorder, Officer Baney, Officer Davis, Officer John Doe 1, Officer John Doe 2, 'Brenda', LPN, 'Pam', LPN, 'Ted' (William) Williams, Chief Health Care Administrator, Respondents.

Supreme Court of Pennsylvania.

Dec. 17, 2014.

### ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2014, the Petition for Allowance of Appeal and "Motion for Good Cause" are DENIED.

■

James D. SCHNELLER,
Keepradnorsafe.com

v.

PENNSYLVANIA LIQUOR
CONTROL BOARD

Pietro's Italian Restaurant, Intervenor.

Petition of James D. Schneller.

Supreme Court of Pennsylvania.

Dec. 17, 2014.

### ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2014, the Petition for Allowance of Appeal and "Motion to Reply to New Matter Stated in Answer of Respondent" are DENIED.

■

Rev. Dr. Sandra M. THOMAS,
Petitioner

v.

The PRESBYTERIAN CHURCH OF CHESTNUT HILL, The Presbytery of Philadelphia, Inc., The Presbyterian Synod of the Trinity, Inc., and The Presbyterian Church (USA), Inc., Respondents.

Supreme Court of Pennsylvania.

Dec. 17, 2014.

### ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2014, the Emergency Motion to Seal the Record in this matter is hereby Granted and the Petition for Allowance of Appeal is DENIED.